## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * *  * | |
| AMANDA K. MOMBERG,                          * | |
|                                                                       * | Case No.:  1:11-vv-00726 |
|                            Petitioner,          * | |
| v.                                                                  * | Special Master: Denise K. Vowell |
|                                                                       * | |
| SECRETARY OF THE DEPARTMENT OF * | |
| HEALTH AND HUMAN SERVICES,          * | |
|                                                                       * | |
|                            Respondent.       * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * *  * | |

### PETITIONER'S MOTION FOR EXTENSION TO FILE EXPERT REPORT

Petitioner, by and through her undersigned counsel, hereby respectfully requests an extension to file her expert report.  The January 6, 2012 Initial Order in this matter required Petitioner to file her expert report by April 5, 2012.  The Initial Order further stated that if Petitioner required extra time, her Motion for an Extension to File must detail if she is still looking for an expert or if an expert has been retained but requires more time to complete the report.

Late yesterday, April 3, 2012, Counsel for Petitioner was able to confirm the retention of an expert in this matter.  However, the expert requires more time to fully review all of Petitioner's medical records and thereafter draft his report.  Petitioner respectfully requests an extension of the deadline to file her expert report until June 8, 2012.

1

2

| | |
|---|---|
| April 4, 2012 | *s/ Aaron R. Dias*_____ |
| | Aaron R. Dias, Esquire |
| | Counsel for Petitioner |
| | Richardson, Patrick, |
| | Westbrook & Brickman, LLC |
| | 1017 Chuck Dawley Blvd. |
| | P.O. Box 1007 |
| | Mount Pleasant, South Carolina 29464 |
| | Telephone:  (843) 727-6509 |
| | Facsimile:  (843) 216-6509 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2012, I electronically filed the foregoing **PETITIONER'S MOTION FOR EXTENSION TO FILE EXPERT REPORT** with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

>Claudia Barnes Gangi, Esquire
>U. S. Department of Justice - Vaccine
>Vaccine/Torts Branch, Civil Division
>P.O. Box 146
>Benjamin Franklin Station
>Washington, DC 20044-1046
>(202) 616-7678
>Fax: (202) 616-4310

Dated: April 4, 2012          *s/ Aaron R. Dias*
                              Aaron R. Dias, Esquire
                              Counsel for Petitioner
                              Richardson, Patrick,
                              Westbrook & Brickman, LLC
                              1017 Chuck Dawley Blvd.
                              P.O. Box 1007
                              Mount Pleasant, South Carolina 29464
                              Telephone: (843) 727-6509
                              Facsimile: (843) 216-6509